ROGER S. DOYLE, ESQ.
Nevada Bar No. 10876
KERRY S. DOYLE, ESQ
Nevada Bar No. 10866
DOYLE LAW OFFICE, PLLC
4600 Kietzke Lane, Suite I-207
Reno, Nevada 89502
(775) 525-0889
admin@rdoylelaw.com

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com

*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IN RE: 2017 LEMMON VALLEY FLOOD | Case No.: 3:21-cv-00093-MMD-CLB |
| This document relates to:<br>All Actions | **NOTICE OF APPEARANCE** |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Kerry S. Doyle, Esq. and Roger S. Doyle, Esq., of the DOYLE LAW OFFICE, PLLC, and LUKE A. BUSBY, ESQ., appear as counsel for Plaintiffs in this consolidated master matter.

/ /

/ /

/ /

1

All future documents, pleadings, and correspondence to be served upon Plaintiffs in this matter should be addressed to and served at both of the following addresses:

> LUKE A. BUSBY, ESQ
> Nevada Bar No. 10319
> 316 California Ave.
> Reno, Nevada 89509
> 775-453-0112
> luke@lukeandrewbusbyltd.com
>
>  and
>
> DOYLE LAW OFFICE, PLLC
> 4600 Kietzke Lane, Ste., I-207
> Reno, NV 89502
> admin@rdoylelaw.com

**DATED** this 10th day of MARCH, 2021.

By:___/s/ Roger S. Doyle, Esq.___.
ROGER S. DOYLE, ESQ.
Nevada Bar No. 10876
KERRY S. DOYLE, ESQ
Nevada Bar No. 10866
DOYLE LAW OFFICE, PLLC
4600 Kietzke Lane, Suite I-207
Reno, Nevada 89502
(775) 525-0889
admin@rdoylelaw.com

LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing NOTICE OF APPEARANCE by:

_____    personally delivering;

_____    delivery via Reno/Carson Messenger Service;

_____    sending via Federal Express (or other overnight delivery service);

\_\_\_\_\_    depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

__X__    delivery via electronic means (fax, eflex, NEF, etc.) to:

>Karl Hall, Esq.
>Jonathan Shipman, Esq.
>Chandeni Sendall, Esq.
>William McKean, Esq.
>Reno City Attorney's Office
>P.O. Box 1900
>Reno, NV 89505

**DATED** this Wednesday, March 10, 2021

By:    /s/ Abbey Whitfield    .