KARL S. HALL
Reno City Attorney
JONATHAN D. SHIPMAN
Assistant City Attorney
Nevada State Bar No. 5778
*shipmanj@reno.gov*
WILLIAM J. McKEAN
Deputy City Attorney
Nevada State Bar No. 6740
*mckeanw@reno.gov*
CHANDENI K. SENDALL
Deputy City Attorney
Nevada State Bar No. 12750
*sendallc@reno.gov*
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Defendant City of Reno*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: 2017 LEMMON VALLEY FLOOD | CASE NO.: 3:21-cv-00093-MMD-CLB |
| This document relates to: | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| All Actions | |

Pursuant to FRCP 41(a), all parties to this action and the related actions listed below, through their undersigned counsel, hereby stipulate that the above-captioned action and the related actions listed below, and all of the claims asserted therein, be dismissed with prejudice, in accordance with the terms and conditions set forth in the Settlement and Release of Claims as approved by the Defendant, City of Reno, on May 12, 2021.

///

///

| Case Name | Case No. |
|---|---|
| Estrada, Angel and Gladis | 3:20-cv-00579 |
| Cleous, Danny | 3:20-cv-00585 |
| Novak. Scott | 3:20-cv-00586 |
| Siminoe, Kim and Shawn | 3:20-cv-00595 |
| Berns, Martin | 3:20-cv-00649 |
| Bushey, Frank | 3:20-cv-00650 |
| Loffer, Margherita and Gary | 3:20-cv-00711 |
| Dekker, Dale | 3:20-cv-00712 |
| Nauman, Robert | 3:20-cv-00713 |
| Schutte, Paul and Martha | 3:20-cv-00714 |
| Spencer, Lola | 3:20-cv-00715 |
| Aguilar, Elizabeth | 3:21-cv-00011 |
| Conlin, Tim | 3:21-cv-00012 |
| Donohoe, Linda | 3:21-cv-00014 |
| Dutcher, Jesse and Jennifer | 3:21-cv-00015 |
| New Life Assembly of God | 3:21-cv-00016 |
| Nevarez, Alex | 3:21-cv-00017 |
| Pearson, Sharon | 3:21-cv-00021 |
| Ross, Donald | 3:21-cv-00022 |
| Long, Jeff | 3:21-cv-00023 |
| King, Brian and Musich, Danny | 3:21-cv-00024 |
| Launer, Mark and Laura | 3:21-cv-00026 |
| Pool, Miles and Jody | 3:21-cv-00029 |
| Hughett, Frances | 3:21-cv-00036 |
| Sotelo, John | 3:21-cv-00037 |
| Berry, Nicole | 3:21-cv-00038 |
| Hall, David and Tracy | 3:21-cv-00040 |

///

///

**Reno City
Attorney
P.O. Box 1900
Reno, NV 89505**

DATED this 26th day of May, 2021.          DATED this 26th day of May, 2021.


By:   */s/ Roger S. Doyle*          By:   */s/ Jonathan D. Shipman*

    Kerry S. Doyle, Esq.                Karl S. Hall, Esq.

    Nevada Bar No. 10866             Jonathan D. Shipman, Esq.

    Roger S. Doyle, Esq.               Nevada Bar No. 5778

    Nevada Bar No. 10876             William J. McKean, Esq.

    4600 Kietzke Lane, Suite I-207       Nevada Bar No. 6740

    Reno, Nevada 89502              Chandeni Sendall, Esq.

    (775) 525-0889                 Nevada Bar No. 12750

                                P.O. Box 1900

    Luke Busby, Esq.                  Reno, Nevada 89505

    Nevada State Bar No. 10319        (775) 334-2050

    316 California Ave #82

    Reno, Nevada 89509             *Attorneys for the City of Reno*

    775-453-0112


*Attorneys for Plaintiffs*


# ORDER


    IT IS SO ORDERED.

    DATED this    26th day of May   , 2021.


    UNITED STATES DISTRICT JUDGE